# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

GARY LYNN FOGG

NO. 2025 KW 1274

**MAY 4, 2026**

---

In Re:     Gary Lynn Fogg, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 523830.

---

**BEFORE:   MILLER, EDWARDS, AND FIELDS, JJ.**

    **WRIT DENIED ON THE SHOWING MADE.** Relator failed to include a copy of the motion for production of documents, and any other documents from the record that might support his claim. Supplementation of this writ application and/or an application for rehearing will not be considered. See Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9. In the event relator elects to file a new writ application with this court, the application shall be filed on or before June 5, 2026. Any future filing on this issue must include the entire contents of this application, the missing items noted above, and a copy of this ruling.

                           **SMM**
                           **BDE**
                           **WEF**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
    FOR THE COURT